

## ZOLA LAW OFFICES

DANIEL E. ZOLA
ANGEL MAE T. WEBBY-ZOLA
MARY G. PHILLIPS

April 11, 2016

The Honorable Judge Malachy E. Mannion
United State District Judge
Middle District of Pennsylvania
William J. Nealon Federal Building & U.S. Courthouse
235 North Washington Ave.
PO Box 914
Scranton, PA 18501
**VIA ELECTRONIC FILING**

    Re:    Walters et al v. Callaghan, et al.
            3:16-0509

Dear Honorable Judge Mannion:

    The Parties are happy to report that the matter has been resolved. Undersigned Counsel is awaiting receipt of the Release and Settlement Funds. Upon receipt of such Undersigned Counsel will notify the Court.

    Thank you for your attention to this matter.

Very truly yours,

**ZOLA LAW OFFICES**

*Angel Mae T. Webby-Zola*
Angel Mae T. Webby-Zola, Esquire

ATWZ:khp
Cc:    Lou Greenberg